UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ISAIAS CORNEJO, | § |
| | § |
| Petitioner, | § |
| VS. | § CIVIL ACTION NO. H-12-831 |
| | § |
| EARTHCARE MANAGEMENT, INC., *et al*, | § |
| | § |
| Defendants. | § |

## ORDER OF DISMISSAL ON NOTICE

Plaintiff in the above styled and numbered cause of action has filed a notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Accordingly, it is Ordered that this case is dismissed without prejudice.

SIGNED at Houston, Texas this 20th day of June, 2012.

_____
Kenneth M. Hoyt
United States District Judge